IN THE SUPERIOR COURT OF GUAM



FILED
SUPERIOR COURT
OF GUAM

20?? NOV 16 PM 4: 34

| | |
|---|---|
| ANNA MARIE BELLO,<br><br>Plaintiff,<br><br>vs.<br><br>BENNY BENAVENTE BELLO,<br><br>Defendant. | CIVIL CASE NO. DM758-04<br><br>DECISION & ORDER |

This matter came before the HONORABLE VERNON P. PEREZ on October 20, 2010 on Defendant's request for attorney's fees. Attorney Sarah A. Strock represented Defendant. Attorney Tom J. Fisher represented Plaintiff. The Court took the motion under advisement. After having heard the Parties' arguments, considering the Parties' pleadings and the record, the Court now issues the following Decision and Order.

## BACKGROUND

This matter arises out of a dissolved marriage between Plaintiff Anna Marie Bello (hereinafter "Plaintiff") and Defendant Benny Benavente Bello (hereinafter "Defendant"). Parties were married on March 7, 1987 and have one child who is now over the age of 18. Parties were married for 19 ½ years until the date of separation in September 2007.

## DISCUSSION

### Attorney's Fees

Plaintiff has made oral motion for attorney's fees. Defendant contends that he is out of money and plans to file bankruptcy to deal with creditors. Defendant argues that he is unable to pay for his attorney let alone the opposing Party's attorney. He claims poverty as a reason for this Court to deny attorney's fees. The Court will not award attorney's fees without a basis under the law. Here, there is no basis cited to by the Parties or discovered by the Court that warrants attorney's fees to a party before prevailing on a motion or judgment. The Guam statute

regarding attorney's fees allows for fees to be included in recovery of the Plaintiff, if she is the prevailing party. 7 GCA § 26602. Here, Plaintiff has not been the prevailing Party on a motion or judgment in this case. The Court has not awarded Plaintiff anything as to a judgment and cannot assume that a decision will come down in her favor. The Court will not abuse its discretion and award fees before a prevailing Party as been identified. The Court does not foreclose attorney's fees in the future.

## CONCLUSION

Plaintiff's Motion for Attorney's Fees is DENIED. As this case is beginning to age on the Court's docket and the Parties have been unable to settle, the Court believes that briefing on any outstanding issues would be helpful in addressing all pending matters not resolved by this Decision and Order. Both Parties have 60 days from issuance of this Decision to file briefing if so desired.

**NOV 1 6 2011**

So ORDERED this ___ day of November, 2011.

Original Signed By:

**HON. VERNON P. PEREZ**

HONORABLE VERNON P. PEREZ
JUDGE, SUPERIOR COURT OF GUAM

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam

Dated at Hagåtña, Guam

NOV 1 6 2011

Jacqueline S.C. Terlaje
Deputy Clerk, Superior Court of Guam

*Anna Marie Bello v. Benny Benavente Bello,*
Decision and Order
Civil Case No. DM758-04                    - Page 2 of 2 -